IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00993-CBS

ELIAS FARES, and
INES FARES,
    Plaintiffs,
v.

RYAN MOLZON,
    Defendant.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

The parties' Unopposed Stipulation for Dismissal without Prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) (filed June 24, 2014) (Doc. # 13) is self-executing upon filing. The Clerk of the Court shall dismiss this civil action and vacate all dates and deadlines.

DATED at Denver, Colorado, this 24th day of June, 2014.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge

1